1  Toan B. Chung, SBN 276505
**ROQUEMORE, PRINGLE & MOORE, INC.**
2  6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040-2466
3  Tel No. (323) 724-3117
Fax No. (323) 724-5410
4  tbchung@rpmlaw.com
5
Attorney for John P. Pringle,
6  Chapter 7 Trustee
7
8
9                    **UNITED STATES BANKRUPTCY COURT**
10           **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**
11
12  In re                               Case No. 6:17-bk-12919-WJ
13
JDS AUTO TRANSPORT, INC.             Chapter 7
14
                        Debtor.      **TRUSTEE'S NOTICE OF MOTION AND**
15                                   **MOTION FOR ORDER: (1) AUTHORIZING**
                                     **EMPLOYMENT OF AUCTIONEER; (2)**
16                                   **AUTHORIZING SALE OF PERSONAL**
                                     **PROPERTY OF THE ESTATE;**
17                                   **MEMORANDUM OF POINTS AND**
                                     **AUTHORITIES; DECLARATIONS IN**
18                                   **SUPPORT THEREOF**
19
                                     **[11 U.S.C. §§ 327, 363; Fed. R. Bankr. P.**
20                                   **2014 and 6004; Loc. Bankr. R. 2014-1(b)**
                                     **and 9013-1]**
21
22                                   Date:      August 1, 2017
                                     Time:      1:00 p.m.
23                                   Place:     U.S. Bankruptcy Court
                                                3420 Twelfth Street
24                                              Courtroom 304
                                                Riverside, CA 92501
25
26
27
28

1    **TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY**

2    **JUDGE, AND OTHER PARTIES IN INTEREST:**

3        **PLEASE TAKE NOTICE** that John P. Pringle, the duly appointed and acting Chapter 7

4    Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor JDS

5    Auto Transport, Inc. (the "Debtor") in Case No. 6:17-bk-12919-WJ (the "Bankruptcy Case"), will

6

7    move (the "Motion"), at the date, time, and courtroom stated above for an order (1) authorizing

8    employment of Tiger Group as auctioneer (the "Auctioneer"), and (2) authorizing sale of personal

9    property of the Estate (the "Application/Motion").   Amongst the Debtor's personal property are

10    various vehicles and trailers (collectively, the "Personal Property").  The basis of the Motion is that

11    the Personal Property is property of the Estate and the sale of the Personal Property would maximize

12    the value of the Estate and is therefore in the best interest of the Estate.  The Motion is based on this

13

14    Notice, the Memorandum of Points and Authorities, the attached declaration, the attached exhibits

15    and the pleadings on file in the Debtor's bankruptcy case.  The Motion is made pursuant to 11

16    U.S.C. §§ 327, 363; Fed. R. Bankr. P. 2014 and 6004; Loc. Bankr. R. 2014-1(b) and 9013-1; and all

17    authorities cited herein.

18        **PLEASE TAKE FURTHER NOTICE** that Trustee further seeks to employ the Auctioneer

19    to sell the Personal Property at an auction.  The Auctioneer estimates that the Personal Property has

20    an auction value of $196,000.00.   If this Application is approved, the Auctioneer will sell the

21    Personal Property upon receipt of order approving same.  Additionally, the Trustee seeks authority

22    to abandon the Personal Property pursuant to 11 U.S.C. § 554, without further order of this Court, if

23

24    any such property cannot be sold by the Auctioneer.

25        **PLEASE TAKE FURTHER NOTICE** that Loc. Bankr. Rule 9013-1(f) requires any

26    response to the Motion to be in writing, filed with the Clerk of the United States Bankruptcy Court

27    (the "Clerk's Office"), and served upon the Trustee's counsel, whose address appears in the upper

28

1   left corner of the first page of this Notice of Motion, no later than fourteen (14) days prior to the

2   above-scheduled hearing date.  Pursuant to Loc. Bankr. R. 9013-1(h), failure to timely file and serve

3   a responsive pleading may be deemed to constitute consent to the instant request herein.  Copies of

4   all pleadings in the Debtor's Bankruptcy Case may be obtained from the Clerk's Office.

5

6

7                                       Respectfully submitted,

8

9   DATED: July 7, 2017                 **ROQUEMORE, PRINGLE & MOORE, INC.**

10

11                                      By:_____

12                                         Toan B. Chung, Esq.
                                           Attorney for John P. Pringle,
13                                         Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTUAL BACKGROUND

1.    JDS Auto Transport, Inc., (the "Debtor") filed its Voluntary Petition under Chapter 7 of Title 11 in this case on April 7, 2017 (the "Petition Date"). John P. Pringle is the duly appointed and acting Chapter 7 Trustee (the "Trustee").

2.    Amongst the property of the Estate subject to administration by the Trustee for the benefit of the Estate and its creditors are eight (8) vehicles and trailers (collectively, the "Personal Property") that are free and clear as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE |
|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB |
| 1B9CS45297P275433 | 2007 | BOYDS |
| 1NP5LB9X07D679904 | 2007 | PTRB |
| 1B9CS45238P275655 | 2008 | BOYDS |
| 1NP5LB9X67D676182 | 2007 | PTRB |
| 1B9CS45257P275266 | 2007 | BOYDS |
| 1NP5LB9X07D679899 | 2007 | PTRB |
| 1B9CS45218P275573 | 2008 | BOYS |

3.    True and correct copies of the Certificates of Title for the above eight (8) vehicles and trailers reflecting (1) the Debtor as the registered owner and (2) signed releases of lienholders are collectively attached hereto and incorporated herein as **Exhibit "1"**.

4.    The Personal Property is located at 2706 Treaschwig Rd., Humble, TX 77338.  At the Trustee's request, Wayne Hecht of Tiger Group (the "Auctioneer") inspected the Personal Property and estimated that the Personal Property has a combined auction value of $196,000.00 (see attached Declaration of Wayne Hecht) as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE | AUCTION VALUE |
|---|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB | |
| 1B9CS45297P275433 | 2007 | BOYDS | $48,000.00 (combined) |
| 1NP5LB9X07D679904 | 2007 | PTRB | |
| 1B9CS45238P275655 | 2008 | BOYDS | $45,000.00 (combined) |
| 1NP5LB9X67D676182 | 2007 | PTRB | |
| 1B9CS45257P275266 | 2007 | BOYDS | $55,000.00 (combined) |
| 1NP5LB9X07D679899 | 2007 | PTRB | |
| 1B9CS45218P275573 | 2008 | BOYDS | $48,000.00 (combined) |

5.    The Trustee seeks to employ the Auctioneer to undertake a sale and an auction of the Personal Property on his behalf.  The Auctioneer has extensive experience and background in conducting sales and auctions of the sort contemplated herein, and is well-qualified to conduct the sale and auction for the Trustee.  Attached hereto as **Exhibit "2"** is a copy of the Auctioneer's resume outlining its extensive background and experience.   In accordance with the Revised Supervisory Instruction #10 concerning employment of auctioneers promulgated by the Office of the United States Trustee, Region 16, the Trustee proposes to employ the Auctioneer to pursue the sale and auction in accordance with the following terms and conditions:

6.    The Auctioneer will be compensated by charging purchasers a buyers' premium of 15% on each item of Personal Property sold at the Auction, and charging the estate $25,000.00 in sale related costs, inclusive of Auctioneer's labor, travel, marketing and other direct auction costs.  Auctioneer shall also be entitled to reimbursement of its cost of $1,250.00 for in obtaining a $250,000.00 individual bond.

7.     The Auctioneer would market the sale of the Personal Property through (1) social media campaigns; (2) email campaigns; (3) trade publications; (4) telemarketing; and (5) advertisement on its website.

8.     Based on the above, the Trustee has determined that there is a net equity to the Estate from the sale of the Personal Property as follows:

| | |
|---|---|
| Estimated Auction Value (per Auctioneer) | $196,000.00 |
| Less buyers' premium of 15% of the gross sale proceeds (est.) | $29,400.00 |
| Less expenses | $25,000.00 |
| Less cost of obtaining $250,000.00 bond | $1,250.00 |
| **Net Equity to the Estate (est.)** | **$140,350.00** |

9.     Following the sale and auction of the Personal Property, the Auctioneer shall turn over any and all proceeds from the auction to the Trustee within 7 days after the auction of the estate property.  In addition, no later than 21 days after the auction, the Auctioneer shall prepare and submit to the Trustee a "Report of Auctioneer" (the "Auction Report"), which will include the following information: the date of the sale; each item sold; the sale price; the name, address and telephone number of the purchaser; in the case of lots, a brief description of each lot sold as well as the sale price and purchaser; the gross proceeds from the sale; a statement that the gross proceeds have been turned over to the Trustee; and a descriptive list of the items that were not sold but which were abandoned.

10.     Within 7 days after receipt of the Auction Report, the Trustee shall file the Auction Report with the Court together with a brief declaration stating that the Trustee has compared the Auction Report to the list of items/lots sold, the Auction Report is satisfactory; the gross funds have been turned over to the Trustee and the auctioneer has been compensated pursuant to the

1    terms previously approved by the Court or will be compensated in the future consistent with the

2    terms of a duly noticed application for compensation. <u>In this case, the Trustee requests Bankruptcy</u>

3    <u>Court authority to pay the Auctioneer its fees upon the receipt and approval of the Auction Report</u>

4    <u>by the Trustee, and the filing of the Trustee's declaration referenced herein, without the issuance of</u>

5    <u>any further Court order</u>.

6

7        11.    The Auctioneer has a blanket bond in favor of the United States of America in the

8    amount of $50,000.00.    A copy of the blanket bond reflecting same is attached hereto and

9    incorporated herein as **Exhibit "3"**.    In addition, the Auctioneer has obtained an individual bond in

10    favor of the United States of America in the amount of $250,000.00.    A copy of the individual

11    bond reflecting same is attached hereto and incorporated herein as **Exhibit "4"**.

12        12.    The Trustee believes that the employment of the Auctioneer in accordance with the

13    above terms is in the best interest of this estate.    The sale will maximize the value of the Estate as it

14

15    will provide for a source of funds in which unsecured creditors may be paid.

16                    **II.        DISCUSSION**

17                **APPLICATION TO EMPLOY AUCTIONEER**

18        **A.    Terms of Employment of Auctioneer and Auction**

19        The Trustee seeks to employ the Auctioneer to undertake a sale and an auction of the

20    Personal Property on his behalf.    The Auctioneer has extensive experience and background in

21    conducting sales and auctions of the sort contemplated herein, and is well-qualified to conduct the

22    sale and auction for the Trustee.    The Trustee proposes to employ the Auctioneer to pursue the sale

23

24    and auction in accordance with the following terms and conditions:

25        1.    The Auctioneer will prepare, market, perform advertising, provide labor and finalize

26    the sale and auction.

27

28

2.     The Auctioneer will be paid pursuant to 11 U.S.C. Section 328.  The Auctioneer will be compensated by charging purchasers a buyers' premium of 15% on each item of Personal Property sold at the Auction, and charging the estate $25,000.00 in sale related costs, inclusive of Auctioneer's labor, travel, marketing and other direct auction costs.  Auctioneer shall also be entitled to reimbursement of its cost of $1,250.00 for in obtaining a $250,000.00 individual bond.

2.     The auction will be conducted upon receipt of an order from this Court approving same.

3.     The Personal Property shall be sold "as is" and "where is" and without any representations or warranties, express or implied.

4.     All purchases shall be paid in full, by wire transfer, cashier's check or credit card, which will be paid to Auctioneer within 24 hours of the auction.

The Auctioneer has complied with all applicable bonding requirements.  The Trustee believes that the employment of the Auctioneer in accordance with the above terms is in the best interest of this estate.

**B.     The Auctioneer Does Not Hold Or Represent An Interest Adverse To The Estate And Is A Disinterested Person**

The Auctioneer has read and understands the provisions of sections 327 and 328 of the Bankruptcy Code which require, among other things, Bankruptcy Court approval of the Auctioneer's employment and court authorization of all fees and costs that the Auctioneer may be entitled to receive from the estate.

The Trustee is informed and believes, and based thereon alleges, that other than as disclosed herein, the Auctioneer has no connection with the Trustee, the Debtor, its creditors, the United States Trustee or any employees of the United States Trustee, bankruptcy judges or any other party in interest, and hence, that it neither represents nor holds an interest adverse to this estate and is a

1  disinterested person as that term is used in the Bankruptcy Code and holds no pre-petition claims

2  against the estate.

3      To the best of the Trustee's knowledge, neither the Auctioneer nor any of its associates or

4  employees represent any interest adverse to that of the  Trustee or the estate in the matters on which

5  it is to be retained, and its principals, licensees, agents, associates and employees are disinterested

6  persons under § 101(14) of the United States Bankruptcy Code.

7

8      The conclusion that the Auctioneer is disinterested is based upon the fact that to the best of

9  the Trustee's knowledge, the Auctioneer:

10      1.      Is not a creditor, an equity security holder or an insider of the Debtor;

11      2.      Is not and was not, within 2 years before the date of the filing of the petition, a

12  director, officer, or employee of the Debtor; and

13      3.      Does not have an interest materially adverse to the interest of the estate or of any

14  class of creditors or equity security holders, by reason of any direct or indirect relationship to,

15

16  connection with, or in, the Debtor or for any other reason.

17      Consequently, the Trustee asks the Court to find that the Auctioneer is "disinterested" under

18  § 101(14) of the Bankruptcy Code.

19  **MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE**

20      **A.      Section 363(b)(1) Of The Bankruptcy Code Permits The Trustee To Sell**

21          **Property Of The Estate Other Than In The Ordinary Course Of Business**

22  Section 363 of the Bankruptcy Code provides as follows:

23

24          The trustee, after notice and a hearing, may use, sell, or lease, other
            than in the ordinary course of business, property of the estate . . . .

25  11 U.S.C. § 363(b)(1).

26      The trustee's application of his or her sound business judgment in the use, sale, or lease of

27  such property is subject to great judicial deference.  See In re Moore, 110 B.R. 924 (Bankr. C.D.

28

Cal. 1990); In re Canyon Partnership, 55 B.R. 520 (Bankr. S.D. Cal. 1985).

In determining whether any sale of assets out of the ordinary course of business should be approved, bankruptcy courts usually consider the following factors:

1. Whether a sufficient business reason exists for the sale;

2. Whether the proposed sale is in the best interests of the estate, which in turn consists of the following factors:

    a. That terms of the sale are fair and reasonable;

    b. That the proposed sale has been adequately marketed;

    c. That the proposed sale terms have been properly negotiated and proposed in good faith; and

    d. That the purchaser is involved in an "arms-length" transaction with the seller.

3. Was notice of the sale sufficient.

See generally In re Walter, 83 B.R. 14, 19-20 (B.A.P. 9th Cir. 1988) ("there must be some articulated business justification for using, selling, or leasing the property outside the ordinary course of business . . . As the Second Circuit held in Lionel [In re Lionel Corp., 722 F.2d 1063 (2nd Cir. 1983)], the bankruptcy judge should consider all salient factors pertaining to the proceeding and, accordingly, act to further the diverse interests of the debtor, creditors and equity holders, alike . . .").

The proposed sale and auction in this case clearly meets these standards.  The sale of the Personal Property will provide funds from which unsecured creditors may be paid. The Personal Property has been inspected by an experienced auctioneer, who opines that the auction value of the Personal Property is approximately $196,000.00.  Such auctioneer will be handling the sale and auction of the Personal Property. Based upon the foregoing, the Trustee submits that the proposed sale and auction of the Personal Property satisfies the standards for approval of a sale of assets out

1    of the ordinary course of business pursuant to § 363(b) of the Bankruptcy Code.

2    **B.**    **Abandonment Of The Personal Property Is Appropriate Under Section 554 Of**

3    **The Bankruptcy Code If They Cannot Be Sold**

4    Section 554(a) of the Bankruptcy Code provides as follows:

5    After notice and a hearing, the trustee may abandon any property of
the estate that is burdensome to the estate or that is of inconsequential
6    value and benefit to the estate.

7    11 U.S.C. § 554(a).

8    A bankruptcy trustee may abandon an estate's interest in property if the costs of

9    administration of the property would exceed the benefit or value of the property to the estate,

10    making it burdensome to the estate and of inconsequential value and benefit to the estate. See In re

11    Alsberg, 161 B.R. 680, 683 (9th Cir. BAP 1993).

12

13    Should the Auctioneer be unable to sell any of the Personal Property, they would be of

14    inconsequential value and benefit to the estate. Therefore, any unsold Personal Property should be

15    deemed abandoned and discarded pursuant to section 554(a) of the Bankruptcy Code without further

16    order of this Court.

17    **C.**    **The Trustee Requests That The Court Waive The 14-day Stay Pursuant to Rule**

18    **6004(h) of the Federal Rules of Bankruptcy Procedure**

19

20    Bankruptcy Rule 6004(h) provides: "An order authorizing the use, sale, or lease of property

21    other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the

22    court orders otherwise". In the instant case, the Trustee respectfully requests that the Court waive

23    the stay provided by Rule 6004(h), to ensure that the sale can proceed upon receipt of an order from

24    this Court reflecting same.

25

26    ///

27    ///

28

## III.

## CONCLUSION

**WHEREFORE**, the Trustee prays that this Court enter an order:

1.      Approving the Trustee's employment of Tiger Capital Group as auctioneer on the terms set forth herein;

2.      Authorizing the Trustee, through the Auctioneer, to sell and auction the Personal Property for the benefit of the Debtor's bankruptcy estate as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE |
|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB |
| 1B9CS45297P275433 | 2007 | BOYDS |
| 1NP5LB9X07D679904 | 2007 | PTRB |
| 1B9CS45238P275655 | 2008 | BOYDS |
| 1NP5LB9X67D676182 | 2007 | PTRB |
| 1B9CS45257P275266 | 2007 | BOYDS |
| 1NP5LB9X07D679899 | 2007 | PTRB |
| 1B9CS45218P275573 | 2008 | BOYS |

3.      Authorizing the payment of (1) the Auctioneer's buyers' premium of 15% on each item of Personal Property sold at the Auction: (2) $25,000.00 in sale related costs, inclusive of Auctioneer's labor, travel, marketing and other direct auction costs; and (3) reimbursement of the Auctioneer's cost of $1,250.00 for in obtaining a $250,000.00 individual bond.

4.      Authorizing the Trustee to pay the Auctioneer's commission and expenses upon receipt and approval by the Trustee of the Report of Auctioneer;

5.      Authorizing the Trustee to abandon and discard the Personal Property pursuant to 11 U.S.C. § 554, without further order of this Court, if they cannot be sold by the Auctioneer;

1    6.    Waiving the 14 day stay provided by Rule 6004(h) of the Federal Rules of

2 Bankruptcy Procedure;

3    7.    Providing that the notice given by the Trustee in connection with the

4 Application/Motion which is filed concurrently herewith, is adequate, sufficient, proper and

5 complies with all applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy

6

7 Procedure; and

8    8.    Granting such other and further relief as is just and appropriate.

9

10                              Respectfully submitted,

11

12 DATED: July 7, 2017              **ROQUEMORE, PRINGLE & MOORE, INC.**

13

14                              By:_____
15                                 Toan B. Chung, Esq.
                                   Attorney for John P. Pringle,
16                                 Chapter 7 Trustee

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF CHAPTER 7 TRUSTEE

I, John P. Pringle, declare and state as follows:

1.      I am the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor JDS Auto Transport, Inc. (the "Debtor") in Case No. 6:17-bk-12919-WJ (the "Bankruptcy Case"). I am an individual above the age of 18 years and I have personal knowledge of all the facts set forth in this Declaration and I could and would competently testify thereto if so called as a witness, except where matters are stated on information and belief, in which case I am informed and believe that the facts so stated are true and correct.

2.      The Debtor filed its Voluntary Petition under Chapter 7 of Title 11 on April 7, 2017 (the "Petition Date"). Amongst the property of the Estate subject to administration for the benefit of the Estate and its creditors are eight (8) vehicles and trailers (collectively, the "Personal Property") that are free and clear as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE |
|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB |
| 1B9CS45297P275433 | 2007 | BOYDS |
| 1NP5LB9X07D679904 | 2007 | PTRB |
| 1B9CS45238P275655 | 2008 | BOYDS |
| 1NP5LB9X67D676182 | 2007 | PTRB |
| 1B9CS45257P275266 | 2007 | BOYDS |
| 1NP5LB9X07D679899 | 2007 | PTRB |
| 1B9CS45218P275573 | 2008 | BOYS |

3.    True and correct copies of the Certificates of Title for the above eight (8) vehicles and trailers reflecting (1) the Debtor as the registered owner and (2) signed releases of lienholders are collectively attached hereto and incorporated herein as **Exhibit "1"**.

4.    I am informed and believe that the Personal Property is located at 2706 Treaschwig Rd., Humble, TX 77338.  At my request, Wayne Hecht of Tiger Group (the "Auctioneer") inspected the Personal Property and estimated that the Personal Property has a combined auction value of $196,000.00 (<u>see</u> attached Declaration of Wayne Hecht) as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE | AUCTION VALUE |
|---|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB | |
| 1B9CS45297P275433 | 2007 | BOYDS | $48,000.00 (combined) |
| 1NP5LB9X07D679904 | 2007 | PTRB | |
| 1B9CS45238P275655 | 2008 | BOYDS | $45,000.00 (combined) |
| 1NP5LB9X67D676182 | 2007 | PTRB | |
| 1B9CS45257P275266 | 2007 | BOYDS | $55,000.00 (combined) |
| 1NP5LB9X07D679899 | 2007 | PTRB | |
| 1B9CS45218P275573 | 2008 | BOYDS | $48,000.00 (combined) |

5.    I seek to employ the Auctioneer to undertake a sale and an auction of the Personal Property on the Estate's behalf.  I am informed and believe that the Auctioneer has extensive experience and background in conducting sales and auctions of the sort contemplated herein, and is well-qualified to conduct the sale and auction for the Estate.  Attached hereto as **Exhibit "2"** is a copy of the Auctioneer's resume outlining its extensive background and experience.  In accordance with the Revised Supervisory Instruction #10 concerning employment of auctioneers promulgated by the Office of the United States Trustee, Region 16, I propose to employ the Auctioneer to pursue the sale and auction in accordance with the following terms and conditions:

6.      The Auctioneer will be compensated by charging purchasers a buyers' premium of 15% on each item of Personal Property sold at the Auction, and charging the estate $25,000.00 in sale related costs, inclusive of Auctioneer's labor, travel, marketing and other direct auction costs. Auctioneer shall also be entitled to reimbursement of its cost of $1,250.00 for in obtaining a $250,000.00 individual bond.

7.      The Auctioneer would market the sale of the Personal Property through (1) social media campaigns; (2) email campaigns; (3) trade publications; (4) telemarketing; and (5) advertisement on its website.

8.      Based on the above, I believe that there is a net equity to the Estate from the sale of the Personal Property as follows:

| Estimated Auction Value (per Auctioneer) | $196,000.00 |
|---|---|
| Less buyers' premium of 15% of the gross sale proceeds (est.) | $29,400.00 |
| Less expenses | $25,000.00 |
| Less cost of obtaining $250,000.00 bond | $1,250.00 |
| **Net Equity to the Estate (est.)** | **$140,350.00** |

9.      Following the sale and auction of the Personal Property, the Auctioneer shall turn over any and all proceeds from the auction to me within 7 days after the auction of the estate property.  In addition, no later than 21 days after the auction, the Auctioneer shall prepare and submit to me a "Report of Auctioneer" (the "Auction Report"), which will include the following information: the date of the sale; each item sold; the sale price; the name, address and telephone number of the purchaser; in the case of lots, a brief description of each lot sold as well as the sale price and purchaser; the gross proceeds from the sale; a statement that the gross proceeds have

1  been turned over to me; and a descriptive list of the items that were not sold but which were

2  abandoned.

3      10.    Within 7 days after receipt of the Auction Report, I shall file the Auction Report

4  with the Court together with a brief declaration stating that I have compared the Auction Report to

5  the list of items/lots sold, the Auction Report is satisfactory; the gross funds have been turned over

6  to me and the auctioneer has been compensated pursuant to the terms previously approved by the

7  Court or will be compensated in the future consistent with the terms of a duly noticed application

8  for compensation. <u>In this case, I request Bankruptcy Court authority to pay the Auctioneer its fees</u>

9  <u>upon the receipt and approval of the Auction Report by me, and the filing of my declaration</u>

10  <u>referenced herein, without the issuance of any further Court order</u>.

11      11.    The Auctioneer has a blanket bond in favor of the United States of America in the

12  amount of $50,000.00.    A copy of the blanket bond reflecting same is attached hereto and

13  incorporated herein as **Exhibit "3"**.  In addition, the Auctioneer has obtained an individual bond in

14  favor of the United States of America in the amount of $250,000.00.  A copy of the individual

15  bond reflecting same is attached hereto and incorporated herein as **Exhibit "4"**.

16      12.    I believe that the employment of the Auctioneer in accordance with the above terms

17  is in the best interest of this estate.

18      13.    It is my business judgment to propose the sale of the Personal Property, and I

19  believe that the sale will maximize the value of the Estate as it will provide for a source of funds in

20  which unsecured creditors may be paid.

21      I declare under penalty of perjury that the foregoing is true and correct on this ___ day of

22  July, 2017 at Los Angeles, California.

John P. Pringle,
Chapter 7 Trustee

## DECLARATION OF WAYNE HECHT

I, Wayne Hecht, declare and state as follows:

1.      I am the Field Operations Manager at Tiger Group (the "Auctioneer"). I am an individual above the age of 18 years and I have personal knowledge of all the facts set forth in this Declaration and I could and would competently testify thereto if so called as a witness, except where matters are stated on information and belief, in which case I am informed and believe that the facts so stated are true and correct.

2.      The other agents, and support staff who will handle this matter, including myself, are experienced in marketing and auctioning of similar kind and condition as that of the Personal Property and are thus well qualified to assist in the promotion and auction of the Personal Property.

3.      To the best of my knowledge, and except as disclosed in this declaration, the Auctioneer is not connected with the Trustee, the Debtor, any creditor or other person in interest, or their respective attorneys or accountants, the United States Trustee or employees of the United States Trustee, bankruptcy judges, or with the Debtor's bankruptcy estate in the matters on which the Auctioneer is to be employed.

4.      I am informed and believe that the Auctioneer and its agents, associates, and employees are disinterested persons as the term is defined in 11 U.S.C. § 101(14), and the Auctioneer:

    a.  is not a creditor, an equity security holder or an insider of the Debtor;

    b.  is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and

    c.  does not have an interest materially adverse  to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or in, the Debtor or for any other reason.

5.      I am not a prepetition creditor of this estate.

6.      I have been advised of and have agreed to accept the proposed employment subject to the provisions of 11 U.S.C. § 328(a).    I understand that the Bankruptcy Court may allow compensation different from the compensation set forth herein if the Court subsequently determines that such agreed upon terms are improvident in light of developments that could not have been anticipated at the time the Application for Employment was approved.

7.      I have read and understood the provisions of sections 327 and 328 of the Bankruptcy Code which require, among other things, Bankruptcy Court approval of the Auctioneer's employment and court authorization of all fees and costs that the Auctioneer may be entitled to receive from the estate.

8.      At the Trustee's request, I inspected the Personal Property.    I believe the Personal Property has a combined auction value of $196,000.00 as follows:

| VEHICLE ID NUMBER | YR MODEL | MAKE | AUCTION VALUE |
|---|---|---|---|
| 1NP5LB9X37D679895 | 2007 | PTRB | |
| 1B9CS45297P275433 | 2007 | BOYDS | $48,000.00 (combined) |
| 1NP5LB9X07D679904 | 2007 | PTRB | |
| 1B9CS45238P275655 | 2008 | BOYDS | $45,000.00 (combined) |
| 1NP5LB9X67D676182 | 2007 | PTRB | |
| 1B9CS45257P275266 | 2007 | BOYDS | $55,000.00 (combined) |
| 1NP5LB9X07D679899 | 2007 | PTRB | |
| 1B9CS45218P275573 | 2008 | BOYDS | $48,000.00 (combined) |

9.      The Auctioneer will be compensated by charging purchasers a buyers' premium of 15% on each item of Personal Property sold at the Auction, and charging the estate $25,000.00 in sale related costs, inclusive of Auctioneer's labor, travel, marketing and other direct auction costs.

1    Auctioneer shall also be entitled to reimbursement of its cost of $1,250.00 for in obtaining a

2    $250,000.00 individual bond.

3        8.    The Auctioneer would market the sale of the Personal Property through (1) social

4    media campaigns; (2) email campaigns; (3) trade publications; (4) telemarketing; and (5)

5    advertisement on its website.

6        9.    Following the sale and auction of the Personal Property, the Auctioneer shall turn

7    over any and all proceeds from the auction to the Trustee within 7 days after the auction of the

8    estate property.  In addition, no later than 21 days after the auction, the Auctioneer shall prepare

9    and submit to the Trustee a "Report of Auctioneer" (the "Auction Report"), which will include the

10    following information: the date of the sale; each item sold; the sale price; the name, address and

11    telephone number of the purchaser; in the case of lots, a brief description of each lot sold as well as

12    the sale price and purchaser; the gross proceeds from the sale; a statement that the gross proceeds

13    have been turned over to the Trustee; and a descriptive list of the items that were not sold but

14    which were abandoned.

15        10.    The Auctioneer has a blanket bond in favor of the United States of America in the

16    amount of $50,000.00.  A copy of the blanket bond reflecting same is attached hereto and

17    incorporated herein as **Exhibit "3"**.  In addition, the Auctioneer has obtained an individual bond in

18    favor of the United States of America in the amount of $250,000.00.  A copy of the individual

19    bond reflecting same is attached hereto and incorporated herein as **Exhibit "4"**.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct on this 7th day of July, 2017 at _____, Florida.

_____
Wayne Hecht,
Declarant

# Exhibit "1"

5051205111G                      VEHICLE HISTORY

# CERTIFICATE OF TITLE

COMMERCIAL          TITLE ONLY

| VEHICLE ID NUMBER | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|
| 1NP5LB9X37D679895 | | | | 2007 | PTRB | 3QI8L73 |

| BODY TYPE MODEL | | AX WEIGHT | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|---|
| DS | | 3 | 18100 | D | | $18 | 03/31/2012 |

| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | WT | 2012 | TS | | | 05/23/12 |

MOTORCYCLE ENGINE NUMBER

| | ODOMETER DATE | ODOMETER READING |
|---|---|---|
| | 03/07/2012 | 573421 MI |
| | ACTUAL MILEAGE | |

REGISTERED OWNER(S)

J D S AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
      DATE                     SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
      DATE                     SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|_|_|_|_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING    ☐ Odometer reading is **not** the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

GEN ELECTR CPTAL CORP
PO BX 35707
BILLINGS
MT 59107

2. X _____  BMO Harris Bank N.A.
                              as assignee of
Signature releases interest in vehicle. (Company     GE CAPITAL CORPORATION
names must be countersigned.)

Release Date _____  DEC 2 2 2016

CA 137637192

021171                REG. 17.30RS (REV.6/10)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

22

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

50512042006

VEHICLE HISTORY

TRAILER

VEHICLE ID NUMBER 1B9CS4529?P275433

YR 2007

MODEL

MAKE BOYDS

PLATE NUMBER 4LW9974

BODY TYPE MODEL CARRIER

AX 2

UNLADEN WEIGHT 18200

FUEL 0

TRANSFER DATE

FEES PAID $38

REGISTRATION EXPIRATION DATE

YR 1ST SOLD

CLASS PK

*YR 2012

MO TS

EQUIPMT/TRUST NUMBER

ISSUE DATE 05/02/12

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE

ODOMETER READING

REGISTERED OWNER(S)

JDS AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ___ X ___
DATE         SIGNATURE OF REGISTERED OWNER

1b. ___ X ___
DATE         SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE(S)
X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY

DATE   TRANSFEREE/BUYER SIGNATURE(S)
X
PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department within 10 days.

LIENHOLDER(S)

GEN ELECTR CPTAL CORP
PO BX 35707
BILLINGS
MT 59107

BMO Harris Bank N.A.
as assignee of
GE CAPITAL CORPORATION

X
Signature releases interest in vehicle. (Company names must be countersigned.)
Release Date   DEC 2 2 2016

CA137237680
022327     REG. 17.30RS (REV.6/10)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

22

#06

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

50512051116

VEHICLE HISTORY

**COMMERCIAL**        **TITLE ONLY**

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 1NP5LB9X07D679904 | | 2007 | PTRB | 3Q18676 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 18100 | D | | $18 | 03/31/2012 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | PD | 2012 | TS | | 05/23/12 |

MOTORCYCLE ENGINE NUMBER

| ODOMETER DATE | ODOMETER READING |
|---|---|
| 03/07/2012 | 552079 MI |

ACTUAL MILEAGE

REGISTERED OWNER(S)

J D S AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
    DATE                    SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE                    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is **not** the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT - READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MERCEDES BENZ FNCL SVCS
USA LLC
PO BX 1183
ROANOKE

X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____ JUN 25 2015

*Mercedes-Benz Financial Services USA LLC*

24

CA 137639532

#O6T

## STATE OF CALIFORNIA

# CERTIFICATE OF TITLE

50512042006

VEHICLE HISTORY

TRAILER

VEHICLE ID NUMBER
1B9CS4523BP275655

YR MODEL MAKE
2008 BOYD

PLATE NUMBER
4LW9978

BODY TYPE MODEL
CARRIER

AX UNLADEN WEIGHT
2 18500

FUEL
0

TRANSFER DATE

FEES PAID
$38

REGISTRATION EXPIRATION DATE
PERM

YR 1ST SOLD
PK

CLASS
2012

YR
TS

MO

EQUIPMT/TRUST NUMBER

ISSUE DATE
05/02/12

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE

ODOMETER READING

REGISTERED OWNER(S)
JDS AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____

DATE                              SIGNATURE OF REGISTERED OWNER

1b. _____ X _____

DATE                              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE _____ X _____  DATE _____ X _____

TRANSFEROR/SELLER SIGNATURE(S)                 TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY      PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
MERCEDES BENZ FNCL SVCS USA
LLC
PO BX 1183
ROANOKE
TX 76262

2 X _____
Signature releases interest in vehicle (Company names must be countersigned)
Release Date   JUN 25 2015

024625    CA137239978

REG. 17.30RS (REV.6/10)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

25

107

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

50512051116

VEHICLE HISTORY

COMMERCIAL                    TITLE ONLY

**VEHICLE ID NUMBER**          **YR MODEL**   **MAKE**        **PLATE NUMBER**
1NP5LB9XL7DL76182              2007 PTRB      3018675

**BODY TYPE MODEL**   AX   **UNLADEN WEIGHT**   FUEL   TRANSFER DATE   FEES PAID       **REGISTRATION EXPIRATION DATE**
DS                    3    18100 D                                    $18            03/31/2012

                      YR 1ST SOLD   CLASS   *YR      MO   EQUIPMT/TRUST NUMBER        **ISSUE DATE**
                                    WT     2012     TS                                05/23/12

MOTORCYCLE ENGINE NUMBER                          ODOMETER DATE            ODOMETER READING
                                                  03/07/2012               567326 MI
                                                  ACTUAL MILEAGE

**REGISTERED OWNER(S)**
J D S AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563                                                         - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____  X _____
         DATE                        SIGNATURE OF REGISTERED OWNER

1b. _____  X _____
         DATE                        SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐☐ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING**   ☐ Odometer reading is **not** the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|------|-------------------------------|------|-------------------------------|
|      | X                             |      | X                             |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MERCEDES BENZ FNCL SRVCS
USA LLC
PO BX 1183
ROANOKE

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date   NOV 2 0 2015

*Mercedes-Benz*
*Financial Services USA LLC*

26

CA137639531

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

50512042006

VEHICLE HISTORY

TRAILER

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1B9CS45257P275266 | 2007 | BOYDS | 4LU9977 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CARRIER | 2 | 18500 | 0 | | $38 | PERM |

| | YR 1GT SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | PK | 2012 | TS | | | 05/02/12 |

MOTORCYCLE ENGINE NUMBER          ODOMETER DATE     ODOMETER READING

REGISTERED OWNER(S)

JDS AUTO TRANSPORT INC
3014 DESTINY DR
MURRIETA CA 92563

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
DATE                SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE                SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MERCEDEZ BENZ FNCL SVCS USA
LLC
PO BX 1183
ROANOKE
TX 72626

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date  NOV 2 0 2015

Mercedes-Benz
Financial Services USA LLC

CA137239899

024546          REG. 17.30RS (REV.6/10)

27

#
OTT

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

505120511116

VEHICLE HISTORY

COMMERCIAL        TITLE ONLY

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 1NPSLB9XD7D679899 | | 2007 | PTRB | 3Q1B677 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| DS | 3 | 18100 | D | | $18 | 03/31/2012 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | XF | 2012 | TS | | 05/23/12 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE  03/07/2012    ODOMETER READING  591714 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)

J D S AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. X
   DATE                                    SIGNATURE OF REGISTERED OWNER

1b. X
   DATE                                    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ▨▨▨▨▨▨▨ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

GEN ELECTR CPTAL CORP
PO BX 35707

BMO Harris Bank NA
as assignee of
~~GENERAL CAPITAL CORPORATION~~

X *Susan Hove*

Signature releases interest in vehicle. (Company names must be countersigned)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW
VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

# CERTIFICATE OF TITLE

50512042006

**VEHICLE HISTORY**

TRAILER

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1B9CS4521AP275573 | 2008 | BOYDS | 4EW9975 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CARRIER | 2 | 18500 | D | | $38 | |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| | PK | 2012 | TS | | 05/02/12 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE            ODOMETER READING

REGISTERED OWNER(S)

JDS AUTO TRANSPORT INC
30143 DESTINY DR
MURRIETA CA 92563

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
    DATE                           SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE                           SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ⬚⬚⬚⬚⬚⬚⬚ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is **not** the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|---|
| | X | | | X |

| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |
|---|---|

## IMPORTANT  READ  CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

GE CAPITAL CORP
PO BX 35707
BILLINGS

BMO Harris B---
as assign-- of
--ITAL CORPORATION

X _Susan Hove_
Signature releases interest in vehicle. (Company names must be countersigned)

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

Exhibit "2"

Case 6:17-bk-12919-WJ    Doc 34    Filed 07/11/17    En...                    12:32    Desc
Main Document    Page 32 ...

Page 7

# About Our Team

## TIGER GROUP



Tiger Group provides advisory, valuation, disposition and auction services within a broad range of retail, wholesale, and industrial sectors. With over 40 years of experience and substantial financial backing, Tiger offers a nimble combination of expertise, innovation and financial resources to drive results. Tiger's seasoned professionals help clients identify the underlying value of assets, monitor asset risk factors and, when needed, convert assets to capital, quickly and decisively. Tiger's collaborative and no-nonsense approach is the foundation for its long-term 'partner' relationships and decades of uninterrupted success. Tiger maintains offices in New York, Boston, Los Angeles, Chicago, San Francisco and Sydney, Australia, and maintains consultants and operations staff throughout North America.

Tiger Group's Commercial & Industrial division has facilitated the disposition, through auction, sealed bid and direct sale of over $1 Billion of equipment and wholesale inventories for small businesses, insolvency professionals and such Fortune 500 companies as Broadcom, Sears, Apple Computer and ExxonMobil. Tiger's strategic sale approaches, creative marketing practices and tremendous attention to detail are only surpassed by our customer service and dedication to achieving the highest and best result for our client. Tiger's expertise ranges from technology assets and consumer product manufacturing equipment to industrial machinery, processing equipment, energy assets, heavy equipment and transportation equipment. We are dedicated to supporting our clients needs and have implemented sales ranging from $100,000 to over $1 billion dollars in assets.

# TIGER





30

# Exhibit "3"

## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF

**BOND NO:**   105744651

### AUCTIONEER'S BOND

KNOW ALL MEN BY THESE PRESENTS, That we, Tiger Valuation Services, LLC dba Tiger
Remarketing Services          , of   Westlake Village, California                    as Principal,
and Travelers Casualty and Surety Company of America, a corporation, organized and existing under the
laws of the State of  Connecticut , with an office and usual place of business at   One Tower Square,
Hartford, CT 06183    , as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA
in the sum of   Fifty Thousand and no/xx     ($50,000 ) Dollars, lawful money of the United States of
America, for the payment of which sum we do hereby bind and oblige ourselves and our respective heirs,
executors, administrators, successors and assigns jointly and severally, firmly by these presents.

WHEREAS, the said  Tiger Valuation Services, LLC dba Tiger Remarketing Services desires to conduct
sales as auctioneer in accordance with the rules, orders, and decrees of the United States Bankruptcy Court
for the      Central              District of    California                .

NOW, THEREFORE, THE CONDITIONS OF THIS OBLIGATION IS SUCH, that if the said  Tiger
Valuation Services, LLC dba Tiger Remarketing Services auctioneer, shall faithfully and promptly account
for all monies and property which may come into his possession as such auctioneer, and shall fully comply
with all rules, orders and shall in all respects faithfully perform the duties of auctioneer in accordance with
the Bankruptcy Code, the said rules of Court and said order and decrees, then this obligation to be void,
otherwise to be and remain in full force and effect.

That if the Surety shall so elect this bond may be cancelled by giving Sixty (60) day written notice to the
United States Bankruptcy Court of the  United States of America District of   California        .

The Surety however, shall remain liable for any default occurring during the period up to the expiration of
said (60) days notice.

IN WITNESS WHEREOF, the  Tiger Valuation Services, LLC dba Tiger Remarketing Services  , has
hereunto set his hand and seal and the  Travelers Casualty and Surety Company of America      has caused
this instrument to be executed by its proper officers duly authorized, and its corporate seal to be hereunto
affixed this   10th   day of  February  , 2012 .

|  |  |
|---|---|
| | Tiger Valuation Services, LLC dba Tiger Remarketing Services |
| *See Attached* | BY: _Danny McLane_ (L.S.) |
| Witness to Signature | |

**BOND**

Travelers Casualty and Surety Company of America

_____
United States Bankruptcy Judge                                                  Attorney-in-Fact

Dated:  2/13/12

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**TRAVELERS**

# POWER OF ATTORNEY

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No.     220920

Certificate No. **002855504**

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Janet Davis, and Matthew Jacob Creith

of the City of ___Woodland Hills___, State of ___California___, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this ___3rd___ day of ___March___     ___2009___.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson_
George W. Thompson, Senior Vice President

On this the ___3rd___ day of ___March___, ___2009___, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault_
Marie C. Tetreault, Notary Public

58440-5-07 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this _____ day of _____, 20 ___.

Kori M. Johanson, Assistant Secretary



To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# TRAVELERS J

Lisa L McDaniel
770 Pennsylvania Drive
Suite 110
EXTON, PA 19341
Phone: (610) 458-2212
Fax: (866) 785-2463
Email: LMCDANIE@travelers.com

November 02, 2016

Wendy Franzka
USI INS SVCS LLC (0VC599)
21700 OXNARD ST STE 1200
WOODLANDS HILLS, CA 91367

This is a Direct Bill policy. The Direct Bill
Account Number is 7161X4167.

This is the Renewal for:    TIGER CAPITAL GROUP, LLC, TIGER VALUATION SERVICES, LLC,  THE NASSI GROUP,
LLC
340 N. WESTLAKE BLVD., SUITE 260
WESTLAKE VILLAGE, CA 91362

| | |
|---|---|
| Bond Number: | 105744651 |
| Type of Bond: | U.S. Bankruptcy Court Auctioneer's Bond |
| Obligee Name: | US BANKRUPTCY COURT |
| Obligee Address: | 1 MAIN STREET |
| Obligee City, State & Zip: | COSTA MESA, CA 92628 USA |
| Transaction Effective Date: | February 10, 2017 |
| Premium Effective Date: | February 10, 2017 |
| Premium Expiry Date: | February 10, 2018 |
| Bond Limit: | $50,000.00 |
| Bond Premium: Commission - | $250.00 |
| Special Commission: | |
| Countersignature Branch: | $0.00 |
| Countersignature | |
| Commission: State Tax: | $0.00 |
| State Surcharge: | $0.00 |
| TOTAL PREMIUM: | $0.00 |
| | $250.00 |

Comments:

Thank you for placing your business with us.

Producer Name:    REARDON, SEAN W

S-4123  (9/96) Premium Evidence



**TRAVELERS**

February 15, 2013

Steve Gibbs
770 Pennsylvania Drive
Suite 110
EXTON, PA 19341
Phone: (610) 458-2228
Fax: (866) 785-2463
Email: SGIBBS@travelers.com

Pamela Spalding
USI OF SOUTHERN CALIF (0VC599)
21600 OXNARD ST STE 800
WOODLAND HILLS, CA 91367

This is a Direct Bill policy. The Direct Bill
Account Number is 7161X4167.

This is the Renewal for:    TIGER VALUATION SERVICES, LLC d/b/a - TIGER REMARKETING
340 N. WESTLAKE BLVD., SUITE 260
WESTLAKE VILLAGE, CA 91362

Bond Number: 105744651
Type of Bond: U.S. Bankruptcy Court Auctioneer's Bond
Obligee Name: US BANKRUPTCY COURT
Obligee Address: 1 MAIN STREET
Obligee City, State & Zip: COSTA MESA, CA 92628 USA
Transaction Effective Date: February 10, 2013
Premium Effective Date: February 10, 2013
Premium Expiry Date: February 10, 2014
Bond Limit: $50,000.00
Bond Premium: $250.00

Special Commission: $0.00
Countersignature Branch:
Countersignature Commission: $0.00
State Tax: $0.00
State Surcharge: $0.00
**TOTAL PREMIUM: $250.00**

Comments:

Thank you for placing your business with us.

Producer Name:  **CREITH, MATTHEW J**

S-4123  (9/96) Premium Evidence

# Exhibit "4"

# UNITED STATES BANKRUPTCY COURT

BOND NO: 106749112

## AUCTIONEER'S BOND

Know all men by these presents, that we, **TIGER CAPITAL GROUP, LLC** _____, of
340 N. WESTLAKE BLVD, SUITE 260 WESTLAKE VILLAGE, CA 91362, as Principal, and **Travelers Casualty and Surety Company of America**, a corporation
organized and existing under the laws of the State of **CONNECTICUT**, with an office and usual place at business at
**One Tower Square Hartford, CT 06183**, as Surety, are held and firmly bound unto the UNITED STATES OF
AMERICA in the sum of **Two Hundred and Fifty Thousand** (**$250,000.00**) Dollars, lawful money of
the United States of America for the payment of which sum we do hereby bind and oblige ourselves and our respective
heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said Principal desires to conduct sales as auctioneer in accordance with the rules, orders, and decrees
of the United States Bankruptcy Court for the **Central** District of **California** (the "Court").

NOW, THEREFORE, THE CONDITIONS OF THIS OBLIGATION ARE SUCH, THAT IF SAID Principal shall faithfully
and promptly account for all monies and property which may come into the Principal's possession as such auctioneer,
and shall fully comply with all rules, orders, and decrees of the Court, and shall in all respects faithfully perform the
duties of auctioneer in accordance with the Bankruptcy Code and the said rules, orders and decrees, then this
obligation to be void, otherwise to be and remain in full force and effect.

That if the Surety shall so elect this bond may be cancelled by giving Sixty (60) days' written notice to the Court.

The Surety however, shall remain liable for any default occurring during the period up to the expiration of said sixty (60)
days' notice.

IN WITNESS WHEREOF, the Principal has hereunto set the Principal's hand and seal and the Surety has caused this
instrument to be executed by its proper officer duly authorized, and its corporate seal to hereunto affix this **7th**
day of **June, 2017** ,_____.

**TIGER CAPITAL GROUP, LLC**

_____          BY: _____ (L.S.)
Witness to Signature

BOND APPROVED:                             **Travelers Casualty and Surety Company of America**

_____          _____
United States Bankruptcy Judge             Attorney-In-Fact

Dated: _____

36

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ Los Angeles _____ )

On _____ June 7, 2017 _____ before me, _____ Esther S. Meyers, Notary Public _____
(insert name and title of the officer)

personally appeared __ Natalie Berend _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Esther S Meyers_____    (Seal)

ESTHER S. MEYERS
Notary Public - California
Los Angeles County
Commission # 2169104
My Comm. Expires Nov 19, 2020

37

**TRAVELERS**

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No.          231295

Certificate No. 006962251

**KNOW ALL MEN BY THESE PRESENTS:** That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Natalie Berend, Celeste Mitra Mapile, and Leslie Martin

of the City of          Woodland Hills          , State of          California          , their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this          31st          day of          August          ,          2016          .

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the          31st          day of          August          ,          2016          , before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2021.

Marie C. Tetreault
Marie C. Tetreault, Notary Public

58440-5-16 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

38

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. Washington Blvd., Suite 500, Los Angeles, CA 90040

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF AUCTIONEER; (2) AUTHORIZING SALE OF PERSONAL PROPERTY OF THE ESTATE; MEMORANDUM OF POINTS AND AUTHORITITES; DECLARATIONS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Megan M Adeyemo    madeyemo@gordonrees.com, kgatzemeyer@gordonrees.com
- Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
- Toan B Chung    tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com
- John P Dillman    houston_bankruptcy@publicans.com
- Vincent V Frounjian    vvf.law@gmail.com
- Raffi Khatchadourian    raffi@hcmar-rousso.com
- Christopher J Langley    chris@langleylegal.com, ecfllf@gmail.com;omar@langleylegal.com
- Randall P Mroczynski    randym@cookseylaw.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On <u>July 11, 2017</u> , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

HONORABLE WAYNE JOHNSON, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 385, Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 11, 2017 | ELSA PEREZ | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

34

4Change Energy
PO Box 660361
Dallas, TX 75266-0361

Abdiel Solis
70 Timberspire Lane
Spring, TX 77380-2843

Adline ISD
PO Box 203989
Houston, TX 77216-3989

ADP
7000 village Dr,
Buena Park, CA 90621-2287

Agee Business Solutions
75 W. Nuevo Rd. Ste. E
PMB 343
Perris, CA 92571-0801

Air Resources Board
9480 Telstar Ste 4
El Monte, CA 91731-2988

Ally Financial
PO BOX 380902
Minneapolis, MN 55438-0902

America Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American Trucking Associations
950 N. Glebe Rd. Ste 210
Arlington, VA 22203-4181

Argonaut Insurance
PO Box 469011
San Antonio, TX 78246-9011

Arvind Tuffley
22523 SPENCE PARK CT
Spring, TX 77373-6581

AT Advantage, Inc.
1244 N Main STE #203
Tooele, UT 84074-9839

AT&T
208 S. Akard St.
Dallas, TX 75202-4206

BH Management Services
19800 Kenswick Drive
Humble, TX 77338-2150

Blue Beacon International Inc
PO Box 856
Salina, KS 67402-0856

BMO Harris Bank N A
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

BMO Harris Bank, NA
P.O. Box 365
Arlington Heights, IL 60006-0365

CA Board of Equalization
PO Box 942879
Sacramento, CA 94279-7072

California Choice Benefit Admin.
721 S. Parker, Suite 200
Orange, CA 92868-4772

Canaveral Port Authority
445 Challenger RD # 301
Cape Canaveral, FL 32920-4100

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Carmax
Care of Cass Information Systems
PO Box 17600
Saint Louis, MO 63178-7600

Carmax Business Services LLC
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

CDTA
1011 Camino Del Rio S., Ste. 200
San Diego, CA 92108-3572

Cherie Jimenez
32255 Via Cesario
Temecula CA 92592-3832

Chris Reed
2000 Hwy 507
Simsboro, LA 71275-3574

Cintas Corporation
PO Box 547,
Dallas, TX 75265

CLC Lodging
8111 East 32nd Street North Ste 300
Wichita, KS 67226-2619

Cocking Partners, LP
4890 Renovo Way
San Diego, CA 92124-2455

40

Colonial Life
PO Box
Columbia, SC 29202

Comdata
5301 Maryland Way
Brentwood, TN 37027-5028

Compass Bank
Najjar Denaburg APC
2125 Morris Avenue
Birmingham, AL 35203-4274

Dana Sharp
29260 San Jacinto Rd.
Nuevo, CA 92567-9412

David Sawyer
4609 Steere Dr.
Shreveport, LA 71105-3227

De Lage Landen Financial Ser. Inc.
PO BOX 41602
Philadelphia, PA 19101-1602

De Lage Landen Financial Services
111 Old Eagle School Road
Wayne PA 19087-1453

Department of Motor Vehicles
PO Box 825339
Sacramento, CA 94232-5339

DH Graphics
26377 Jefferson Ave. Ste A
Murrieta, CA 92562-6976

DTS
1461 Wafer Road
Haughton, LA 71037-5801

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Erick Witham
101 Saunders Dr.
Vallejo, CA 94591-6743

EZ Tag
11411 N. Sam Houston Pkway E.
Humble, TX 77396-5903

First Insurance Funding
450 Skokie Blvd ste 1000
Northbrook, IL 60062-7917

Flatiron Capital
1700 Lincoln St., 12th Floor
Denver, CO 80203-4501

Florida High Speed Internet
1311 Bedford Drive
Melbourne, FL 32940-1975

Florida Highway Patrol
Penalty Collections Unit-MS24
2900 Apalachee Parkway
Tallahassee, FL 32399-0500

Ford Motor Co.
PO Box 309
Dearborn, MI 48121-0309

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
COOKSEY TOOLEN GAGE DUFFY &
WOOG
535 Anton Blvd 10th FL
Costa Mesa, CA 92626-1947

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier Communications
PO BOX 740407
Cincinnati, OH 45274-0407

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940

GCR Tire Centers
Transworld Systems inc.
500 Virginia Dr, Suite 514
Fort Washington, PA 19034-2707

Georgia Department of Labor
148 Andrew Young International Blvd
NE Ste 752
Atlanta, GA 30303-1751

Goodman Properties, LLC
17032 Palmdale St., Unit C
Huntington Beach, CA 92647-8450

Hall Truck Center
PO BOX 4905
Tyler, TX 75712-4905

Harbor Auto Transport
3611 Farquhar Ave.
Los Alamitos, CA 90720-2004

Harris County Appraisal District
13013 Northwest Fwy
Houston, TX 77040-6305

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Harris County Toll Road Authority
HCTRA-Violations DEPT 1
PO BOX 4440
Houston, TX 77210-4440

Interstate Capital Corp.
c/o Eugene Smith Spearman
1255 Country Club Rd.
Santa Teresa, NM 88008-9707

Interstate Capital Corp.
c/o Clance Creal, Jr.
1255 Country Club Rd.
Santa Teresa, NM 88008-9707

Interstate Industries Inc.
961 Grimmett
Shreveport, LA 71107-6713

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

J.J. Keller
PO Box 6609
Carol Stream, IL 60197-6609

Jack Key Auto Transport
9779 CF Hawn Freeway
Dallas, TX 75217-7701

James King
334 Colony Bend Dr.
Shreveport, LA 71115-6115

JDS Auto Transport, Inc.
33865-J Innovation Court, Suite 1001
Murrieta, CA 92563

Jeff H Hicks
620 Pine Acres Rd
Shreveport, LA 71107-2219

Jeffrey Scott Diskin
21806 Yucca Tip Lane
Houston, TX 77073-1629

John A. Langdon
1434 E Walnut Ave
El Segundo, CA 90245-2624

John Jajeh Parking
8610 Wyndham Village Drive
Houston, TX 77040-1142

Joshua Diskin
21806 Yucca Tip Lane
Houston, TX 77073-1629

Justin Martin
6681 Lucretia Ave.
Mira Loma, CA 91752-2723

Ken Patrick
15175 OAKWOOD LANE
Chino Hills, CA 91709-2630

Kristi Patlan
44655 La Paz Rd.
Temecula, CA 92592-2549

Labor Commissioner, State of CA
464 West 4th Street, Room 348
San Bernardino, CA 92401-1414

Line Barger Goggan Blair & Sampson
4828 Loop Central Drive, Suite 500
Houston, TX 77081-2212

Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821-0201

Louisiana Department of Revenue
P O Box 66658
Baton Rouge, La 70896-6658

Mark Skvarca
817 Laguna Drive
Corona, CA 92879-1027

Metrogistics
110 Rock Cliff Ct
Saint Louis, MO 63123-1154

Michael Davis
8503 Lakeland Blvd
Fort Pierce, FL 34951-1380

Michael Folsom
1308 Oakcrest Dr.
Brandon, FL 33510-2361

Miles Messenger
27515 Lock Haven Ct.
Temecula, CA 92591-4466

Multi Service Fuel Card
8650 College Blvd.
Overland Park, KS 66210-1886

NetworkFleet
9868 Scranton Road
San Diego, CA 92121-1791

New Mexico Department of Workforce
Solutions
PO Box 1928
Albuquerque NM 87103-1928

New Mexico Tax and Revenue Dept
POBOX 1928
Albuquerque, NM 87103-1928

42

NTSG - Our Service Department
1622 N Black Canyon Highway
Phoenix, AZ 85009-2917

Paul Herzig
51 East Court #03
Melbourne, FL 32904-4064

Peterbilt of Shreveport
5520 Industrial Drive Ext
Bossier City, LA 71112-2619

PMT Solutions
2330 130th ave NE suite C 101
Bellevue, WA 98005-1756

PrePass
510 Parkland Dr.
Sandy, UT 84070-6419

Puter Werkz
10430 Pioneer Blvd,
Santa Fe Springs, CA 90670-8243

Randal Shelton
1267 Marquise Ct.
Rockledge, FL 32955-4404

Riviera Finance
10430 Pioneer Blvd,
Santa Fe Springs, CA 90670-8245

Ron Craft
20407 Spoonwood Drive
Humble, TX 77346-1799

Ronald Matthews
397 Gifford Hill Rd.
Minden, LA 71055-6835

Ronald Ragusa
602 Avenida Curta #109
Clermont, FL 34714-7091

RSI Insurance Brokers
4000 Westerly Place #110
Newport Beach, CA 92660-2347

RST Service and Repair
1051 Hibiscus St
Cocoa, FL 32927-8737

Sam Teutsch
1104 San Saba St.
Bossier City, LA 71112

Southern California Edision
PO BOX 800
Rosemead, CA 91770-0800

Southern California Edison Company
1551 W San Bernardino Rd
Covina CA 91722-3407

Southern Tire Mart
DEPT 143 PO BOX 1000
Memphis, TN 38148-0143

Sparkletts
200 Eagles Landing Blvd.
Lakeland, FL 33810-3058

Stacey Nickerson
6026 FM 2625 E
Marshall, TX 75672-3829

Steve Cocking
30143 Destiny Dr.
Murrieta, CA 92563-6868

Steven Lawrason
2016 Allison Ave.
Shreveport, LA 71120

Stoneleigh on Kenswick
19800 Kenswick Dr.
Humble, TX 77338-2150

Sunpass
PO Box 880029
Boca Raton, FL 33488-0029

Texas Mutual Insurance Company
6210 US-290
Austin, TX 78723

Texas Tag
PO Box 650749
Dallas, TX 75265-0749

Texas Workforce Commission
Labor Market and Career Information
101 E. 15th St., Room 0252.1
Austin, TX 78778-0010

Tony Oquindo
3403 Mockingbird
Pharr, TX 78577-7927

Transguard General Agency, Inc.
7557 Rambler Rd.
Dallas, TX 75231-4142

Union Pacific Railroad Co.
1400 Douglas St.
Omaha, NE 68179-0002

United Road
10701 Middlebelt Road
Romulus, MI 48174-2714

United States Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Verizon
PO BOX 920041
Dallas, TX 75392-0041

Volvo Financial
PO Box 91300
Mobile, AL 36691-1300

Volvo Financial Services, a division of VFS
Attn: Bankruptcy Group
PO Box 26131
Greensboro, NC 27402-6131

Wells Fargo
PO BOX 29704
Phoenix, AZ 85038-9704

Wells Fargo
Attn: Bankruptcty Department
3476 Stateview Blvd.
Fort Mill, SC 29715-7200

WELLS FARGO BANK SMALL
BUSINESS LENDING DIV
PO BOX 29842 MAC S4101-08C
PHOENIX, AZ 85038

West Coast Enterprises
1464 N hughs ave
Fresno, CA 93728-1130

Xfinity / Comcast
One Comcast Center
Philadelphia, PA 19103-2833